# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:16-cv-03783-AT**
**Branch Banking and Trust Company v. Drug Transport, Inc. et al**
**Honorable Amy Totenberg**

Minute Sheet for proceedings held In Open Court on 10/19/2016.

TIME COURT COMMENCED: 3:22 P.M.
TIME COURT CONCLUDED: 3:43 P.M.
TIME IN COURT: 00:21
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
DEPUTY CLERK: Amy McConochie

| | |
|---|---|
| ATTORNEY(S) PRESENT: | No Active Attorney Present<br>** Eric Anderson for Branch Banking and Trust Company<br>** Leah Fiorenza McNeill for Receiver Mark Smith |
| OTHER(S) PRESENT: | Receiver Mark Smith |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Defendants did not appear for the hearing. The Court heard from Plaintiff on its [6] Emergency Motion to Appoint Receiver and for Injunctive Relief. The Court granted the request for injunctive relief with the modifications as noted in the record. Plaintiff's Exhibit 1 admitted. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerk's Office. |