AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

BRANCH BANKING and TRUST COMPANY

*Plaintiff(s)*

v.

DRUG TRANSPORT, INC.
DB&D INVESTMENTS, LLC
DTI LOGISTICS, INC. and
RSL LEASING, LLC

*Defendant(s)*

Civil Action No. 1:16-cv-3783-AT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Drug Transport, Inc.
1939 Forge Street
Tucker, Georgia 30084
Attn: Mr. Richard S. Lockwood, Jr.
President

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James S. Rankin, Jr., Esq.
Parker, Hudson, Rainer & Dobbs, LLP
303 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

United States District Court Northern District of Georgia

Date: 10/12/2016

s/Joyce White

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1 16 CV 3783

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Drug Transport, Inc.
was received by me on *(date)* 10/14/2016 .

❐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Richard S. Lockwood Jr., Registered Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Drug Transport, Inc. at 1939 Forge Street, Tucker, GA 30084 on *(date)* 10/18/2016 ; or

❐ I returned the summons unexecuted because ______________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-20-16

[signature]
*Server's signature*

Jeroy Robinson, Process Server
*Printed name and title*

MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
800-446-8794
*Server's address*

Additional information regarding attempted service, etc:

Documents served: Summons & Amended Complaint with Exibits

526661